UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CYRUS N. PLUSH,

Plaintiff,

v.

STATE OF WASHINGTON,

Defendant.

CASE NO. 3:26-cv-05779-TL

ORDER ON REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Brian A. Tsuchida, United States Magistrate Judge. Dkt. No. 5. The Report and Recommendation explained that Plaintiff was notified by the Clerk's office that he must either pay the filing fee or submit an application to proceed *in forma pauperis* ("IFP") by August 21, 2026, but that the deficiencies remained uncorrected at the time the R&R was issued. *Id.* at 1. The R&R also explained that, as Plaintiff is subject to the three-strikes rule, he must pay the filing fee and cannot proceed IFP unless he shows that he was "under imminent danger of serious physical injury" at the time he signed his civil rights complaint. *See* 28 U.S.C. § 1915(g).

Plaintiff has not filed objections to the R&R. Rather, on August 31, 2026, Plaintiff filed a motion for leave to proceed IFP, as well as a proposed civil rights complaint. Dkt. Nos. 6, 6-1. Plaintiff's complaint "has to do with being denied access to courts effectively and just plain denied access to courts. This is about the 100th time." Dkt. No. 6-1 at 1. The "bottom line" is that he is not allowed his legal documents, access to a law library, and that "WA. State decides what [he] can review and what [he] can submit to the courts." *Id.* at 2. These allegations do not establish that Plaintiff is "under imminent danger of serious physical injury." Accordingly, Plaintiff must pay the filing fee in order to proceed with his complaint.

Therefore, it is hereby ORDERED:

1. The Court ADOPTS the Report and Recommendation.
2. Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Dkt. No. 6) is DENIED.
3. Plaintiff SHALL pay the filing fee **within fourteen (14) days** of this Order. **If Plaintiff fails to pay the filing fee by the deadline, this case SHALL be dismissed without prejudice.**

Dated this 15th day of September 2026.

Tana Lin
United States District Judge